JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLENDA LUGAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOANN STORES, INC. and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-05021 AB(Ex)<br>(Removed from Los Angeles County Superior Court – Case No. 19STCV11718)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION BACK TO LOS ANGELES COUNTY SUPERIOR COURT<br><br>Action Filed:　　April 5, 2019 |

　　　Pursuant to the Parties' Stipulation, **IT IS HEREBY ORDERED** that this action be remanded back to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

DATED: October 7, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE